IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 00-2202 |
| | ) | |
| SHARON K. CLARK, | ) | Electronically Filed |
| | ) | |
| Defendant | ) | |

SATISFACTION OF JUDGMENT

The judgment in the above-captioned case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Western District of Pennsylvania is hereby authorized and empowered to satisfy and cancel said judgment of record.

        MARY BETH BUCHANAN
        United States Attorney

By:   s/MICHAEL COLVILLE
      MICHAEL COLVILLE
      Assistant U.S. Attorney
      Counsel for Plaintiff
      U.S. Post Office and Courthouse
      700 Grant Street, Suite 4000
      Pittsburgh, PA 15219
      (412) 894-7337 - phone
      (412) 644-5870 - fax
      Michael.Colville@usdoj.gov
      PA56668

Dated: _____